MONTGOMERY Y. PAEK, ESQ., Bar # 10176
TIMOTHY W. ROEHRS, ESQ., Bar # 9668
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
Email: troehrs@littler.com

Attorneys for Defendant
TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA GREEN,<br><br>    Plaintiff,<br><br>vs.<br><br>TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>    Defendant. | Case No. 2:18-CV-00119-JCM-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff MELINDA GREEN ("Plaintiff") and Defendant TRULITE GLASS & ALUMINUM SOLUTIONS, LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file its response to Plaintiff's Complaint, one month, from its current deadline of **February 20, 2018** up to and including **March 20, 2018**.

Defendant's counsel was only recently retained to represent Defendant in this matter. Furthermore, Defendant was also recently served with a Complaint in *Kirk v. Trulite Glass & Aluminum Solutions, LLC et al*, Case No. 2:18-cv-00043-JCM-GWF, in which the plaintiff and Defendant are represented by the same counsel as Plaintiff and Defendant are in this case, with an approaching March 6, 2018 response deadline, requiring the time and attention of Defendant and its

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

counsel.  This extension is therefore being requested in order to give Defendant necessary additional time, given the pendency of the *Kirk* matter, to look into Plaintiff's allegations and conduct the required diligence necessary to prepare and file their response to the Complaint.

This is the first request for an extension of time to respond to the Complaint.  This request is made in good faith and not for the purpose of delay.

Dated:  February 12, 2018

Respectfully submitted,

/s/ Jenny L. Foley
JENNY L. FOLEY, PH.D., ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorney for Plaintiff
MELINDA GREEN

Dated:  February 12, 2018

Respectfully submitted,

/s/ Timothy W. Roehrs
MONTGOMERY Y. PAEK, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC

**ORDER**

**IT IS SO ORDERED.**

Dated: __February 15__, 2018.

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

Firmwide:152842520.1 999999.0942

2.