**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELINDA GREEN, An Individual )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRULITE GLASS AND ALUMINUM )<br>SOLUTIONS, LLC, a Foreign Corporation, )<br>DOES I -X; ROE CORPORATIONS I –X. )<br>)<br>Defendants. )<br>_____ ) | CASE NO. **2:18-cv-00119** |

### STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF THAT MOTION FOR PARTIAL DISMISSAL
### (FIRST REQUEST)

COMES NOW, the Plaintiff, MELINDA GREEN ("Melinda"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC ("Trulite"), by and through its attorney, TIMOTHY ROEHRS, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulate and agree as follows:

1. That the Opposition to the Defendant's Motion for Partial Dismissal that is due on April 2nd, 2018, will now be due on April 9th, 2018.

2. That the Reply to the Opposition to the Defendant's Motion for Partial Dismissal will then be due on April 23rd, 2018.

3. This request for an extension of time is made in good faith and not for purpose of delay. The request is due to a family emergency for Plaintiff's counsel and Defendant requiring additional time to file its Reply brief in light of its counsel's anticipated caseload in April. This is the first request for an extension of time with respect to the Opposition and Reply briefs associated with Defendant's Motion for Partial Dismissal.

Dated this __30th__ day of March, 2018.              Dated this __30th__ day of March, 2018.

**HKM Employment Attorneys LLP**                     **Littler Mendelson P.C.**

_/s/ Jenny L. Foley_                                  _/s/ Timothy Roehrs_
Jenny L. Foley, Ph.D., Esq.                           Timothy Roehrs, Esq.
Nevada Bar No. 9017                                   Nevada Bar No. 9668
1785 East Sahara Ave., Suite 325                      3960 Howard Hughes Parkway,
Las Vegas, Nevada 89104                               Suite 300
                                                      Las Vegas, Nevada 89169

**ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF THAT MOTION TO DISMISS in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Opposition to the Defendant's Motion for Partial Dismissal shall be due on April 9th, 2018;

**IT IS SO ORDERED that** the Reply to the Opposition to the Defendant's Motion for Partial Dismissal shall be due on April 23rd, 2018.

Dated: April 2, 2018

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*