**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELINDA GREEN, An Individual ) | CASE NO. **2:18-cv-00119** |
| Plaintiff, ) | |
| vs. ) | |
| TRULITE GLASS AND ALUMINUM ) SOLUTIONS, LLC, a Foreign Corporation, ) DOES I -X; ROE CORPORATIONS I –X. ) | |
| Defendants. ) | |

**STIPULATION AND ORDER TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF THAT MOTION FOR PARTIAL DISMISSAL**
**(SECOND REQUEST)**

COMES NOW, the Plaintiff, MELINDA GREEN ("Melinda"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, ("Trulite"), by and through its attorney, TIMOTHY ROEHRS, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulate and agree as follows:

1. That the Opposition to the Defendant's Motion for Partial Dismissal that is due on April 9th, 2018, will now be due on April 23rd, 2018.

2. That the Reply to the Opposition to the Defendant's Motion for Partial Dismissal will then be due on May 7th, 2018.

3. That the Defendant's original Motion for Partial Dismissal was filed on March 19, 2018 with a response due from Plaintiff on April 2, 2018.

4. This request for an extension of time is made in good faith and not for purpose of delay. The request is being made because the parties are presently working on a stipulation that they believe will result in the withdrawal of Defendant's Motion for Partial Dismissal and the filing of an Amended Complaint. This is the second request for an extension of time with respect to the Opposition and Reply briefs associated with Defendant's Motion for Partial Dismissal.

Dated this  10th  day of April, 2018.                Dated this   10th   day of April, 2018.

**HKM Employment Attorneys LLP**            **Littler Mendelson P.C.**


_____/s/ Jenny L. Foley_____                 _/s/ *Timothy W. Roehrs*_____
Jenny L. Foley, Ph.D., Esq.                    Timothy Roehrs, Esq.
Nevada Bar No. 9017                            Nevada Bar No. 9668
1785 East Sahara Ave., Suite 325               3960 Howard Hughes Parkway,
Las Vegas, Nevada 89104                        Suite 300
                                               Las Vegas, Nevada 89169

## **ORDER**

The Court having reviewed the foregoing STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR PARTIAL DISMISSAL AND FOR DEFENDANT TO FILE ITS REPLY IN SUPPORT OF THAT MOTION FOR PARTIAL DISMISSAL in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Opposition to the Defendant's Motion for Partial Dismissal shall be due on April 23rd, 2018;

**IT IS SO ORDERED that** the Reply to the Opposition to the Defendant's Motion for Partial Dismissal shall be due on May 7th, 2018.

Dated: April 17, 2018

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

/s/ Jenny L. Foley
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325

Las Vegas, Nevada 89104
*Attorney for Plaintiff*