1  MONTGOMERY Y. PAEK, ESQ., Bar # 10176
   TIMOTHY W. ROEHRS, ESQ., Bar # 9668
2  LITTLER MENDELSON, P.C.
   3960 Howard Hughes Parkway
3  Suite 300
   Las Vegas, NV  89169-5937
4  Telephone:   702.862.8800
   Fax No.:     702.862.8811
5  Email: mpaek@littler.com
   Email: troehrs@littler.com

Attorneys for Defendant
TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELINDA GREEN,<br><br>    Plaintiff,<br><br>vs.<br><br>TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>    Defendant. | Case No. 2:18-CV-00119-JCM-PAL<br><br>**STIPULATION TO RESCHEDULE THE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(First Request)**<br><br>**United States Magistrate Judge George Foley, Jr.**<br><br>**Current ENE Date:  May 25, 2018**<br>**Current ENE Time:  9:00 a.m.** |

   Plaintiff MELINDA GREEN ("Plaintiff") and Defendant TRULITE GLASS & ALUMINUM SOLUTIONS, LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate and request that the Court reschedule the Early Neutral Evaluation Session ("ENE") currently set for this case, from its current date of May 25, 2018 to June 4, 2018, which is a date the parties have been advised is available to the Court.  This request is being made because counsel for Defendant has a trip out of town on May 25, 2018 that was scheduled prior to the Order setting the current ENE date was issued by the Court.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This is the parties' first request to reschedule the ENE Session.

Dated: April 24, 2018

Respectfully submitted,

/s/ Jenny L. Foley
JENNY L. FOLEY, PH.D., ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

Attorney for Plaintiff
MELINDA GREEN

Dated: April 24, 2018

Respectfully submitted,

/s/ Timothy W. Roehrs
MONTGOMERY Y. PAEK, ESQ.
TIMOTHY W. ROEHRS, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC

## **ORDER**

IT IS SO ORDERED that the ENE Session shall be rescheduled for __June 4__, 2018, at the hour of __9:00 a__.m. In preparation for the ENE session, the attorneys for each party will submit a confidential written evaluation statement, in an envelope marked "Confidential," for the Court's in camera review by 5:00 p.m. one week prior to the date of the rescheduled ENE Session.

Dated this __25th__ day of __April__ 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Firmwide:154223359.1 072120.1014

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.