**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 E. Sahara Ave, Suite 325
Las Vegas, NV 89104
Tel: (702) 625-3893
Fax: (702) 625-3893
E-mail: jfoley@hkm.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MELINDA GREEN, An Individual | ) CASE NO. **2:18-cv-00119** |
| Plaintiff, | ) |
| vs. | ) |
| TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X. | ) |
| Defendants. | ) |

### STIPULATION AND ORDER TO FILE AMENDED COMPLAINT

COMES NOW, the Plaintiff, MELINDA GREEN ("Green"), by and through her attorney, JENNY L. FOLEY, Ph.D., ESQ., of the law firm HKM EMPLOYMENT ATTORNEYS LLP, and Defendant, TRULITE GLASS AND ALUMINUM SOLUTIONS, LLC, ("DEFENDANT"), by and through its attorney, TIMOTHY ROEHRS, ESQ., of LITTLER MENDELSON, P.C. and hereby stipulates and agrees as follows:

1. That the Plaintiff will file the attached Amended Complaint.

2. Defendant agrees to withdraw by virtue of this stipulation the Motion for Partial Dismissal it filed on March 19, 2018, without prejudice.

3. The Defendant's response to the Amended Complaint will be due fourteen calendar days after the Early Neutral Evaluation in this matter, if the Early Neutral Evaluation does not result in a resolution of this case.

4. The parties agree that this stipulation and Defendant's withdrawal of its Motion for Partial Dismissal in no way operates as a waiver of Defendant's right to respond to the Amended Complaint in any manner allowed by the Federal Rules of Civil Procedure.

Dated this 23rd day of April, 2018.　　　　Dated this  23rd  day of April, 2018.

**HKM Employment Attorneys LLP**　　　　**Littler Mendelson, P.C.**

　　/s/ Jenny L. Foley　　　　　　　　　　　 /s/　　Timothy Roehrs
Jenny L. Foley, Ph.D., Esq.　　　　　　　Timothy Roehrs, Esq.
Nevada Bar No. 9017　　　　　　　　　　Nevada Bar No. 9668
1785 East Sahara Ave., Suite 325　　　　3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89104　　　　　　　　Las Vegas, Nevada 89169

**ORDER**

The Court having reviewed the foregoing STIPULATION TO FILE AMENDED COMPLAINT in the above-entitled matter and for good cause appearing therefor,

**IT IS SO ORDERED** that the Plaintiff will file the attached Amended Complaint.

IT IS SO ORDERED that Defendants' pending Motion for Partial Dismissal is hereby deemed to have been withdrawn without prejudice.

IT IS SO ORDERED that Defendant will respond to the Amended Complaint fourteen calendar days after the Early Neutral Evaluation in this matter, if the Early Neutral Evaluation does not result in a resolution of this case.

IT IS SO ORDERED that Defendant has waived no rights regarding how it may respond to the Amended Complaint and Defendant may respond to the Amended Complaint in any manner allowed by the Federal Rules of Civil Procedure.

Dated: May 8, 2018

UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:
**HKM Employment Attorneys LLP**

_/s/ Jenny L. Foley_
Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 9017
1785 East Sahara Ave, Suite 325
Las Vegas, Nevada 89104
*Attorney for Plaintiff*